UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEAN ROUX,                      )
                                )
    Plaintiff,                  )
                                )  Case No. 4:16-cv-01803-JAR
v.                              )
                                )
SYNCHRONY BANK,                 )
                                )
                                )
Defendant.                      )

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action against Defendant should be dismissed with prejudice, each party to bear its own costs.

Dated: January 6, 2017                Respectfully submitted,

                                      **PONTELLO LAW, LLC**

                                      By:  **/s/ Dominic Pontello**, MO#60947
                                      5988 Mid Rivers Mall Dr, Suite 114
                                      St. Peters, MO 63304
                                      Telephone: (636) 541-7673
                                      Facsimile: (636) 441-6881
                                      dominic@pontellolaw.com

                                      *Attorney for Plaintiff*

So Ordered
John A. Ross
1/6/2017

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of January 2017, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.

/s/ Dominic M. Pontello
Dominic M. Pontello